Exhibit 1

**Registration Number**
VA 1-805-892

**Effective date of registration:**
November 1, 2011

## Title

**Title of Work:** Chipmunk with Flower #02693

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 15, 2011 **Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.

  **Author Created:** 2-D artwork, Photo Collage

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Phillip Graybill

  **Author Created:** photograph(s), Photograph of Flower

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Photograph of Chipmunk (sans flower); Photograph of Rock path background

**New material included in claim:** photographs, 2-D artwork, Photoshop manipulation of all individual elements & artwork to create photo collage

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** October 27, 2011

**Applicant's Tracking Number:** 20433

---

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-455-555**
**Effective Date of Registration:**
April 01, 2025
**Registration Decision Date:**
August 01, 2025

## Title

**Title of Work:** Chicken Couple on Beach #204009

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, 2-D artwork
**Previous registration and year:** VA 1-942-064, 2014
VA 2-152-744, 2018

**New material included in claim:** photograph, 2-D artwork

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com

**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date:** April 01, 2025



**Registration Number**
# VA 1-997-525
**Effective Date of Registration:**
November 25, 2015

## Title

**Title of Work:** Bulldogs in Christmas Sweaters #701294

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Both Bulldogs (sans swathers)

**New material included in claim:** photograph, 2-D artwork, Digitally combined existing photography (Bulldogs) with new photography (Sweaters, Couch, Christmas Tree and Background), creating derivative work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com
**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date**: November 18, 2015
**Applicant's Tracking Number**: 22980


x23 FNY

**Registration Number**
VA 1-843-169

**Effective date of registration:**
August 10, 2012

## Title

**Title of Work:** Cat Birthday Cupcake #200112

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 15, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.

**Author Created:** photograph(s), 2-D artwork, Photo Collage

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress

Suite 200

Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** July 30, 2012

**Applicant's Tracking Number:** 21215



**Registration Number**
# VA 2-152-744
**Effective Date of Registration:**
December 24, 2018

## Title

**Title of Work:** Bikini Chicken #203580

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Chicken (sans bikini and sunglasses); Photograph of beach and ocean background

**New material included in claim:** photograph, 2-D artwork, Digitally manipulated and combined existing photography (chicken, beach and ocean) with new photography, (bikini and sunglasses) creating derivative work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com

**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date**: December 18, 2018
**Applicant's Tracking Number**: 24257



**Registration Number**
**VA 2-098-723**
**Effective Date of Registration:**
December 08, 2017

## Title

**Title of Work:** Bear with Toilet Plunger #702344

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Bear (sans shorts and plunger); Photograph of Bathroom interior

**New material included in claim:** photograph, 2-D artwork, Digitally combined & manipulated existing photography (Bear and Bathroom Interior) with new photography (shorts and plunger) creating unique derivative work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com

**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date**: November 29, 2017
**Applicant's Tracking Number**: 24091

---

**Correspondence:** Yes



**Registration Number**
VA 1-843-136

**Effective date of registration:**
August 10, 2012

## Title

**Title of Work:** Morningn Groundhog #200104

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 15, 2012 **Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.

**Author Created:** photograph(s), 2-D artwork, Photo Collage

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Photograph of ground hog (sans robe, culrlers, coffee mug and donut); Photograph of donut; Photograph of background grass & hills

**New material included in claim:** photograph(s), 2-D artwork, Digitally combined artwork and photography to create photo composition.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** July 30, 2012

**Applicant's Tracking Number:** 20799

---


NEWS

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-468-855**
**Effective Date of Registration:**
July 15, 2025
**Registration Decision Date:**
December 01, 2025

## Title

**Title of Work:** Chipmunk Birthday Candles #206362

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 01, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Chipmunk character (sans the birthday candles)

**New material included in claim:** photograph, 2-D artwork, Digitally manipulated and combined existing photography of the chipmunk with new photography (checkered tablecloth and birthday candles) thus creating a derivative work. The photography was combined by our staff illustrator, using a Wacom tablet with pen and Adobe photoshop. Each photo element was hand out-lined and enhanced to create the detail provided in our greeting card work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com
**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date:** July 15, 2025



**Registration Number**
VA 1-794-652

**Effective date of registration:**
September 9, 2011

## Title

**Title of Work:** Chipmunk Couple #15772

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 1, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 193395741-7

## Author

- **Author:** Avanti Press, Inc.

**Author Created:** photograph(s), 2-D artwork, Photo collage

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Photographs of both chipmunks minus hats and utensils; photograph of fall leaves

**New material included in claim:** photograph(s), 2-D artwork, Photoshop manipulation of all individual elements & artwork to create photo collage

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress

Suite 200

Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** August 31, 2011

**Applicant's Tracking Number:** 14703



**Registration Number**
# VA 2-190-184
**Effective Date of Registration:**
October 09, 2019
**Registration Decision Date:**
February 11, 2020

## Title

**Title of Work:** Cat with Sparkler Cake #203818

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 01, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Gray Cat

**New material included in claim:** photograph, 2-D artwork, Digitally manipulated and combined existing photography (Gray Cat) with new photography, (cupcake, sparklers, plate, table) creating derivative work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com

**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date**: September 27, 2019
**Applicant's Tracking Number**: 24757

