UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AVANTI PRESS, INC., | |
| *Plaintiff*, | No. 26 CV 12262 |
| v. | Judge April M. Perry |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Karyn L. Bass Ehler |
| *Defendants*. | |

**SCHEDULE A TEMPLATE**

## SCHEDULE OF DEFENDANTS

| No. | Name | Link | Country | Owner? | Contact? | Evidence | Last Date Collected |
|---|---|---|---|---|---|---|---|
| 1 | Hyshops | https://www.temu.com/-m-634418209673718.html | China | Business | N/A |   https://www.temu.com/-g-601101736918353.html?-m-634418209673718 | November 25, 2025 |

## IDENTIFIABLE DEFENDANTS AND DEFENDANTS WITH CONTACT INFORMATION

| No. | Name | Owner Name | Address | Email | Telephone |
|---|---|---|---|---|---|
| 1 | Hyshops | Hyshops | China (no full address) | None | N/A |

Listing of all prior Schedule A cases filed in any court in the United States in which Plaintiff was a plaintiff:

- *Avanti Press, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A*, No. 26-cv-12214 (N. D. Ill. October 6, 2026)
- *Avanti Press, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A*, No. 26-cv-12237 (N. D. Ill. October 6, 2026)

Listing of any defendants included in the Schedule A in this case that Plaintiff has previously named as a defendant in any prior complaint or Schedule A case:

N/A

## CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 11, Plaintiff, by and through the undersigned attorney, hereby certifies the facts set forth in the responses contained in the foregoing document are true and correct to the best of the knowledge, information, and belief, as is available to me.

DATED: October 23, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***